**Bruce W. Brewer**, OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax:  503-656-8481
Attorney for plaintiff

RECVD'06 AUG 25 13:57 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DEBORAH WALSH, | CIVIL CASE NO. 05-341-MO |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| JO ANNE BARNHART, Commissioner of Social Security Administration, | |
| Defendant. | |

Attorney fees in the amount of $7,493.47 are hereby awarded to plaintiff to be paid directly to plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412.

DATED this 28 day of Aug, 2006

_____
United States District/Magistrate Judge

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES